FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL M.,<br><br>    Plaintiff,<br><br> -vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 4:23-CV-5097-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

  Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 7. The Court has reviewed the file and Motion and is fully informed. Accordingly,

  **IT IS ORDERED** that:

  1. The parties' Stipulated Motion for Remand, filed August 30, 2023, **ECF No. 7**, is **GRANTED**.

  2. Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

    (a) Take any action necessary to complete the administrative record;

    (b) Offer Plaintiff an opportunity for a new hearing; and

    (c) Issue a new decision.

  3. All other pending motions are **DENIED AS MOOT**.

  4. Judgment shall be entered for **Plaintiff**.

  5. Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

**DATED** this 6th day of September, 2023.

09-05-23

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATED REMAND - 2